IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKER NO. 5:08CR60-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DERRICK DEWAYNE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Unopposed Motion for Extension of Time to File Motions" (document #12) filed March 23, 2009. For the reasons set forth therein, the subject Motion is **GRANTED**.

**IT IS THEREFORE ORDERED:**

1. The Defendant's "Unopposed Motion for Extension of Time to File Motions" (document #12) is **GRANTED**, that is, the Defendant has until April 6, 2009 within which to file pretrial motions.

2. The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 23, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge